JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Trashanda French*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRASHANDA FRENCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., an Ohio corporation; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02035-APG-NJK<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S APPENDIX IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY (ECF No. 18) AND EXTENSION OF DEFENDANT'S REPLY DEADLINE TO PLAINTIFF' S OPPOSITION {ECF No. 17)** |

Plaintiff Trashanda French and Defendant Smith's Food and Drug Centers, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

///

1. Plaintiff filed her Opposition to Defendant's Motion for Summary Judgment (ECF No. 17) on July 17, 2026.
2. Plaintiff filed her Appendix of Exhibits in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 18), 20 minutes after the filing deadline.
3. Defendant will not object to, or move to strike, Plaintiff's Appendix of Exhibits in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 18) based on the 20-minute delay in filing.
4. Defendant reserves all other rights, arguments, defenses, and substantive evidentiary objections, including any objections to the admissibility, relevance, authenticity, foundation, or weight of any exhibit or evidence submitted by Plaintiff in her Opposition to Defendant's Motion for Summary Judgment (ECF Nos. 17-18).
5. Plaintiff agrees that Defendant's deadline to file its reply in support of Defendant's Motion for Summary Judgment (ECF No. 16) shall be extended by one week, from July 31, 2026 to August 7, 2026.

///

///

///

///

///

///

///

///

///

///

///

///

///

6. This stipulation is made in good faith and not for purposes of delay.

Dated: July 20, 2026

*/s/ Michael A. Burnette*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Trashanda French*

*/s/ Mitch M. Longson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
LEXA D. GREEN
Nevada Bar No. 15413
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

MITCH M. LONGSON
Admitted Pro Hac Vice
MANNING CURTIS BRADSHAW & BEDNAR PLLC
201 South Main Street, Suite 750
Salt Lake City, Utah 84111

*Attorney for Defendant*
*Smith's Food and Drug Centers, Inc.*

**ORDER**

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 21, 2026